### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

---

LEONARD LOGAN,

      **Plaintiff,**

v.                                     **Case No. 6:24-mc-27-RBD-DCI**

CITY OF CHICAGO,

      **Defendant.**

| UNITED STATES MAGISTRATE JUDGE: | Daniel C. Irick | COURTROOM: | ZOOM |
|---|---|---|---|
| DEPUTY CLERK: | Tiffany Palmer | COUNSEL FOR PLAINTIFF: | Tara Thompson |
| AUDIO RECORDING: | Digital https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form | COUNSEL FOR DEFENDANT: | N/A |
| DATE/TIME: | November 21, 2024 2:01 P.M. – 2:04 P.M. | | |
| TOTAL TIME: | 3 minutes | | |

### CLERK'S MINUTES
### Status Conference Minutes (doc. 5)

Case called; appearances taken; procedural setting by the Court.
Defense counsel who has not yet made an appearance in the case, Matthew Howroyd, Allyson West, and Natalie Smith, appear at the hearing.
Unopposed Motion for Order to Show Cause/Unopposed Motion to Compel Deposition of Third Party Witness Latonya Payton (doc. 5) addressed.
Order setting a hearing on the motion to be entered.
Court adjourned.