UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LEONARD LOGAN,**

        **Plaintiff,**

**v.**

**CITY OF CHICAGO,**        Case No: 6:24-mc-27-RBD-DCI

        **Defendant.**

## ORDER

Before the Court is Plaintiff's Unopposed Renewed Motion for Order to Show Cause and to Compel Deposition of Third-Party Witness. Doc. 5 (the Motion). Plaintiff moves the Court to order third-party witness Latonya Payton to show cause why she should not be held in contempt for the failure to appear at a deposition and to compel her to appear at a deposition. *Id*.

It is **ORDERED** that the Motion is **GRANTED in part**, such that:

1. **on or before November 27, 2024**, Plaintiff shall serve Latonya Payton with this Order;

2. **on or before December 3, 2024**, Plaintiff shall file a notice stating whether Plaintiff and Latonya Payton agree on the resolution of all or part of the Motion; and

3. **on December 4, 2024, at 11:00am**, **Latonya Payton shall appear in person at the United States Courthouse** at 401 W. Central Blvd., Orlando, Florida 32801 in Courtroom 5C before United States Magistrate Judge Daniel C. Irick to address the Motion. **The failure to appear at the hearing may result in the initiation of contempt proceedings against Latonya Payton**.

**ORDERED** in Orlando, Florida on November 21, 2024.

_____
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE