IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| LEONARD LOGAN, | ) |
| | ) |
| Plaintiff, | )  No. 6:24-mc-00027-RBD-DCI |
| | ) |
| v. | ) |
| | ) |
| CITY OF CHICAGO, et al. | ) |
| | ) |
| Defendants | ) |

**NOTICE**

Pursuant to the Court's November 21, 2024 Order (Dckt. 9) Plaintiff's counsel reports to the Court that on November 27, 2024, they achieved service on Latonya Payton of the Court's Order, a renewed deposition subpoena, and a cover letter. They sent these materials to Ms. Payton both through FedEx and through a process server, who left copies of the materials at Ms. Payton's address when, despite multiple attempts, no one at Ms. Payton's address answered the door. Plaintiff's counsel left telephone numbers with the materials inviting Ms. Payton to contact Plaintiff's counsel if she wanted to confer so we could report any resolution to the Court by today's date. Ms. Payton did not contact Plaintiff's counsel. Plaintiff's counsel also went to Ms. Payton's address earlier today to attempt to confer with her, but was not able to reach Ms. Payton.

Plaintiff's counsel therefore reports that despite their efforts to confer with Ms. Payton, there is no resolution to any part of Plaintiff's motion at this time.

Respectfully submitted,

s/ Tara Thompson
One of Plaintiff's Counsel

Tara Thompson
Loevy & Loevy
311 N. Aberdeen St., Ste. 460
Chicago, IL 60607
O: 312.243.5900
tara@loevy.com

## Certificate of Service

I, Tara Thompson, hereby certify that on December 3, 2024, I caused the foregoing to be submitted via the Court's electronic document submission web portal, and caused a copy to be served on all parties via email.

s/ Tara Thompson