**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LEONARD LOGAN,**

    **Plaintiff,**

v.                               Case No. 6:24-mc-27-RBD-DCI

**CITY OF CHICAGO,**

    **Defendant.**

| | | | |
|---|---|---|---|
| **UNITED STATES MAGISTRATE JUDGE:** | Daniel C. Irick | **COURTROOM:** | 5C |
| **DEPUTY CLERK:** | Tiffany Palmer | **COUNSEL FOR PLAINTIFF:** | Tara Thompson |
| **AUDIO RECORDING:** | Digital https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form | **COUNSEL FOR DEFENDANT:** | Matthew Howroyd |
| **DATE/TIME:** | December 4, 2024 11:01 A.M. – 11:11 A.M. | | |
| **TOTAL TIME:** | 10 minutes | | |

**CLERK'S MINUTES**
**Motion Hearing**

Case called; appearances taken; procedural setting by the Court.
Third-party witness, Latonya Payton, does not appear at the hearing.
Hearing to be set on January 21, 2025 by separate notice.
Court adjourned.