# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LEONARD LOGAN,

       **Plaintiff,**

v.

CITY OF CHICAGO,                                                   Case No: 6:24-mc-27-RBD-DCI

       **Defendant.**

## ORDER

Plaintiff initiated this action when he moved for the Court to order third-party witness Latonya Payton to show cause why she should not be held in contempt for the failure to appear at a deposition and to compel her to appear at a deposition. Docs. 1, 5. On November 21, 2024, the Court directed Latonya Payton to appear at a hearing and warned that the failure to do so may result in the initiation of contempt proceedings. Doc. 9. The Court conducted the hearing and Latonya Payton was not present. Pursuant to 28 U.S.C. § 636(e)(6)(B)(iii), the undersigned may certify facts to the District Judge when an act constitutes civil contempt.

Accordingly, it is **ORDERED** that:

1. **on or before February 4, 2025**, Plaintiff shall serve Latonya Payton with this Order and file with the Court evidence of that service; and

2. **on February 18, 2025, at 10:00am**, Latonya Payton, counsel for Plaintiff, and counsel for Defendant shall appear in person at the United States Courthouse at 401 W. Central Blvd., Orlando, Florida 32801 in Courtroom 5C before United States Magistrate Judge Daniel C. Irick for a hearing to determine if the undersigned should certify facts to the District Judge pursuant to 28 U.S.C. § 636(e)(6)(B)(iii). **Latonya Payton's failure to**

**appear at the hearing and comply with the underlying deposition may result in the imposition of sanctions and the initiation of civil contempt proceedings, which may include the issuance of a warrant for her arrest, a coercive daily fine, a compensatory fine, the payment of the parties' attorney's fees and expenses, and coercive incarceration.**

**ORDERED** in Orlando, Florida on December 4, 2024.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE